FILED
JAN 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

VERIFICATION

08CV0014 H(WMC)

STATE OF CALIFORNIA ) On this day, Listed Court Pleadings Were Given
COUNTY OF IMPERIAL ) To Prison Official For Filing/Mailing
( C.C. P. §446 & 2015.5; 28 U.S.C. §1746

I, Donshael D. Clark, declare under penalty of perjury that: I am the Petitioner in the above-entitled action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge except as to matters stated therein upon information and belief, and as to those matters, I believe they are true:

Executed this DECEMBER day of 28th, 2007, at Centinela State Prison, P.O. Box 901, Imperial, CA 92251

[Signature] [signature]
DECLARANT/PRISONER

*****************************************

PROOF OF SERVICE BY MAIL

( C.C.P. Sec. §1013 (a) & 2015.5; 28 U.S.C. Sec.§1746.)

I, Donshael D. Clark, am a resident of Centinela State Prison, in the County of Imperial, State of California; I am over the age of eighteen (18) years and am ~~not~~ a party of the above-entitled action. My state prison address is:

P.O. BOX 901, Imperial, CA 92251.

On DECEMBER 28th, 2007, I served the foregoing:

writ of Habeus corpus

(Set forth the exact title of document (s) served.)

on the part (s) herein by placing a true copy (s) thereof, enclosed in a sealed envelope (s), with postage thereon fully paid, in the United States Mail, in a deposit box so provided at Centinela State Prison, P.O.Box 901, Imperial, CA 92251, addresses:

OFFICE OF ATTORNEY
GENERAL
110 WEST "A" st., SUITE #1100
San Diego, CA. 92101

There is delivery service by United States Mail at the so addressed, and/or ~~there~~ is regular communication by mail between the place of mailing and the place so addressed. I declare under penalty of perjury that the foregoing is true and correct.

Dated: DECEMBER 28, 2007

[signature]
DECLARANT/PRISONER